# Exhibit 1

**From:** Kelber, Michael G. [mailto:mkelber@nge.com]
**Sent:** Thursday, July 13, 2017 7:00 AM
**To:** Salinas, Jennifer Trusso; Hudak, Vanessa
**Cc:** Fraker, Andrew S.
**Subject:** RE: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Jennifer and Vanessa,

Attached is a modified stipulation on behalf of both defendant LLCs who were served, correcting the service dates and making both parties' responsive pleadings due on the 28th.

Please let me know if you approve it for filing today.

Thank you,
Michael

**Michael G. Kelber**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.5322 | **f:** 312.429.3580 | **e:** mkelber@nge.com



Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Salinas, Jennifer Trusso [mailto:Jennifer.Salinas@troutmansanders.com]
**Sent:** Wednesday, July 12, 2017 3:49 PM
**To:** Kelber, Michael G.
**Cc:** Pagnanelli, Karin; Donmoyer, Sunni; Fraker, Andrew S.; Hudak, Vanessa
**Subject:** Re: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Michael,

This is fine.  You can denote my signature with a /s/.   I would do it but I'm on a plane with terrible wifi service.  It would take a long time to send the document.

Also, please copy my assistant on correspondence so I can make sure nothing slips through the cracks.  She is copied on this email.

Best,

Jennifer


**Jennifer Trusso Salinas**
TROUTMAN SANDERS
Direct: 949.622.2711
jennifer.salinas@troutmansanders.com


On Jul 12, 2017, at 1:43 PM, Kelber, Michael G. <mkelber@nge.com> wrote:

> Dear Jennifer,
>
> Thank you for your voicemail message and agreement for a two-week extension for our client to answer or otherwise plead.
>
> As you suggested in your message, since you are traveling, attached is a draft stipulation for your review.
>
> If it is acceptable to you, please denote your signature with /s/, and return it to us for filing.
>
> Thank you,
> Michael
>
> **Michael G. Kelber**
> Partner
> Neal, Gerber & Eisenberg LLP
> **p:** 312.269.5322 | **f:** 312.429.3580 | **e:** mkelber@nge.com
>
> <image002.png>
>
> Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.
>
> **From:** Donmoyer, Sunni [mailto:SGD@msk.com]
> **Sent:** Wednesday, July 12, 2017 2:35 PM
> **To:** Kelber, Michael G.
> **Cc:** Fraker, Andrew S.; Gerber, Robert G.; Pagnanelli, Karin
> **Subject:** Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond
>
>
> <image001.gif>
> **Sunni Donmoyer** | **Secretary**

T: 310.914.7978 | sgd@msk.com
**Mitchell Silberberg & Knupp** LLP | www.msk.com
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

<Sweet Pete's Stipulation to Extend Time to Respond (9079179).DOCX>

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

# Exhibit 2

| | |
|---|---|
| **From:** | Fraker, Andrew S. [afraker@nge.com] |
| **Sent:** | Friday, July 28, 2017 2:29 PM |
| **To:** | Salinas, Jennifer Trusso; Kelber, Michael G. |
| **Cc:** | Hudak, Vanessa; Hudak, Vanessa; Pagnanelli, Karin |
| **Subject:** | RE: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond |

Jennifer,

By way of introduction, I am working on this matter with Michael Kelber, who is currently traveling. We were unaware that the individual defendants had been served in their individual capacities as well as accepting service on behalf of the LLC until earlier this week, when we checked the docket in preparation for filing today and noticed that you had filed proof of service for the individual defendants on July 6. We had no intent for the individual defendants to default and would have stipulated the extension to apply to the individual defendants as well had you informed us at that time that they had also been served. We will be representing all of the defendants going forward, and our motion to dismiss will be filed on behalf of all defendants. In light of the fact that there is no prejudice to your client under these circumstances, we trust that today's filing will obviate any reason for a motion for default.
Best regards,
Andrew

**Andrew S. Fraker**
Associate
Neal, Gerber & Eisenberg LLP
**p:** 312.269.5280 | **f:** 312.429.3588 | **e:** afraker@nge.com



Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

---

**From:** Salinas, Jennifer Trusso [mailto:Jennifer.Salinas@troutmansanders.com]
**Sent:** Friday, July 28, 2017 3:25 PM
**To:** Kelber, Michael G.
**Cc:** Hudak, Vanessa; Fraker, Andrew S.; Hudak, Vanessa; Pagnanelli, Karin
**Subject:** RE: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Michael,

I noticed that you filed pro hac vice applications to appear on behalf of all defendants.  As you likely know, the stipulation to extend the deadline to respond was just to the two business entities (not the individual defendants).  Considering your letter and the fact that you revised your own proposed stipulation to add ML Sweets to the stipulation with Sweet Pete's and not the individual defendants, we had no reason to believe that you would be appearing on behalf of the individuals.  As such, we were preparing to file a request for entry of default.  I'm assuming, based on your filings today, that you intend on filing a response on behalf of the individual defendants (albeit untimely).  Is that right?

Best,

Jennifer

**Jennifer Trusso Salinas**
TROUTMAN SANDERS

1

Direct: 949.622.2711
jennifer.salinas@troutmansanders.com

---

**From:** Kelber, Michael G. [mailto:mkelber@nge.com]
**Sent:** Thursday, July 27, 2017 12:29 PM
**To:** Salinas, Jennifer Trusso
**Cc:** Hudak, Vanessa; Fraker, Andrew S.; Hudak, Vanessa; Pagnanelli, Karin
**Subject:** RE: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Jennifer,

When we spoke on Tuesday, you said you would consult with your client about amending its Complaint.  If you are still considering this, will Sugarfina consent to a further one-week extension of time for our clients to answer or otherwise plead?

Please let us know today, so we can proceed accordingly.

Regards,
Michael

**Michael G. Kelber**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.5322 | **f:** 312.429.3580 | **e:** mkelber@nge.com



Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

---

**From:** Salinas, Jennifer Trusso [mailto:Jennifer.Salinas@troutmansanders.com]
**Sent:** Tuesday, July 25, 2017 6:02 PM
**To:** Kelber, Michael G.
**Cc:** Hudak, Vanessa; Fraker, Andrew S.; Hudak, Vanessa
**Subject:** RE: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Michael,

Per our discussion, here is the hyperlink to the blog post.  https://www.sweetpetescandy.com/blogs/news/sugarfina-files-bogus-lawsuit-against-sweet-petes-1

Best,

Jennifer

**Jennifer Trusso Salinas**
TROUTMAN SANDERS
Direct: 949.622.2711
jennifer.salinas@troutmansanders.com

**From:** Kelber, Michael G. [mailto:mkelber@nge.com]
**Sent:** Thursday, July 13, 2017 7:44 AM
**To:** Salinas, Jennifer Trusso
**Cc:** Hudak, Vanessa; Fraker, Andrew S.
**Subject:** RE: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Jennifer,

Thank you.  Yes, Karin is our local counsel.

Regards,
Michael

**Michael G. Kelber**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.5322 | **f:** 312.429.3580 | **e:** mkelber@nge.com



Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

---

**From:** Salinas, Jennifer Trusso [mailto:Jennifer.Salinas@troutmansanders.com]
**Sent:** Thursday, July 13, 2017 9:20 AM
**To:** Kelber, Michael G.
**Cc:** Hudak, Vanessa; Fraker, Andrew S.
**Subject:** Re: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Michael,

That's fine.  Is Karen your local counsel?  Just want to make sure we have all counsel's contact information.  Thanks!

Best,
Jennifer


### Jennifer Trusso Salinas
TROUTMAN SANDERS
Direct: 949.622.2711
jennifer.salinas@troutmansanders.com



On Jul 13, 2017, at 10:00 AM, Kelber, Michael G. <mkelber@nge.com> wrote:

>    Jennifer and Vanessa,

3

Attached is a modified stipulation on behalf of both defendant LLCs who were served, correcting the service dates and making both parties' responsive pleadings due on the 28th.

Please let me know if you approve it for filing today.

Thank you,
Michael

**Michael G. Kelber**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.5322 | **f:** 312.429.3580 | **e:** mkelber@nge.com

<image001.png>

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Salinas, Jennifer Trusso [mailto:Jennifer.Salinas@troutmansanders.com]
**Sent:** Wednesday, July 12, 2017 3:49 PM
**To:** Kelber, Michael G.
**Cc:** Pagnanelli, Karin; Donmoyer, Sunni; Fraker, Andrew S.; Hudak, Vanessa
**Subject:** Re: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Michael,

This is fine.  You can denote my signature with a /s/.  I would do it but I'm on a plane with terrible wifi service.  It would take a long time to send the document.

Also, please copy my assistant on correspondence so I can make sure nothing slips through the cracks.  She is copied on this email.

Best,

Jennifer


### Jennifer Trusso Salinas
TROUTMAN SANDERS
Direct: 949.622.2711
jennifer.salinas@troutmansanders.com


On Jul 12, 2017, at 1:43 PM, Kelber, Michael G. <mkelber@nge.com> wrote:

> Dear Jennifer,
>
> Thank you for your voicemail message and agreement for a two-week extension for our client to answer or otherwise plead.

4

As you suggested in your message, since you are traveling, attached is a draft stipulation for your review.

If it is acceptable to you, please denote your signature with /s/, and return it to us for filing.

Thank you,
Michael

**Michael G. Kelber**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.5322 | **f:** 312.429.3580 | **e:** mkelber@nge.com

<image002.png>

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have recei error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or fu transmitting the same.

---

**From:** Donmoyer, Sunni [mailto:SGD@msk.com]
**Sent:** Wednesday, July 12, 2017 2:35 PM
**To:** Kelber, Michael G.
**Cc:** Fraker, Andrew S.; Gerber, Robert G.; Pagnanelli, Karin
**Subject:** Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

**<image001.gif>**
**Sunni Donmoyer | Secretary**
T: 310.914.7978 | sgd@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

<Sweet Pete's Stipulation to Extend Time to Respond (9079179).DOCX>

---

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

<Sweet Pete's Stipulation to Extend Time to Respond (9079179).docx>

---

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message

and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.