KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

MICHAEL G. KELBER (*pro hac vice pending*)
  mkelber@ngelaw.com
ANDREW S. FRAKER (*pro hac vice pending*)
  mturner@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-381
Telephone: (312) 269-8000

Attorneys for Defendants
SWEET PETE'S LLC, ML SWEETS, LLC,
PETER BEHRINGER and ALLISON
BEHRINGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGARFINA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWEET PETE'S LLC, a Florida limited liability company; ML SWEETS, LLC, a Pennsylvania limited liability company; PETER BEHRINGER, an individual; and ALLISON BEHRINGER, an individual,<br><br>Defendants. | CASE NO. 2:17-cv-4456-RSWL-JEM<br><br>Honorable Ronald S.W. Lew<br><br>**DECLARATION OF MICHAEL G. KELBER IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>DATE:  AUGUST 29, 2017<br>TIME:  10:00 A.M.<br>CTRM.:  TBD |

9060121.1

I, Michael G. Kelber, declare as follows:

1. I am an attorney duly admitted to practice in Illinois and have been admitted to practice in this Court *pro hac vice*. I am a partner with Neal, Gerber & Eisenberg, LLP, counsel for Defendants, Sweet Pete's LLC, ML Sweets, LLC, Peter Behringer, and Allison Behringer, in the above-captioned action.

***Meet and Confer***

2. On July 25, 2017, I called Ms. Salinas to discuss what Defendants believe are deficiencies in Sugarfina's Complaint. As Ms. Salinas states in her declaration dated August 8, 2017 ("Salinas Decl."), I acknowledged that I was unaware of the requirement under Local Rule 7-3 for a meet and confer at least seven days before filing a motion.

3. Contrary to Ms. Salinas' statement in paragraph 8 of her declaration, I never asked her to agree to amend Plaintiff's Complaint prior to providing her with the bases for Defendants' Motion to Dismiss. To the contrary, I walked through each cause of action and explained our position on every single one of them. Her characterization that I "finally agreed to provide some of these details" is simply false.

4. Regardless of the timing, as illustrated by the notes Ms. Salinas acknowledges taking and the questions she asked (Salinas Decl. ¶10 and 11), we did have a substantive conversation about the merits of Defendants' position. Ms. Salinas said she was quite familiar with the pleading standards under *Iqbal* and *Twombly*, and that she disagreed with Defendants' view. With specific reference to Defendants' position that Sugarfina failed to allege secondary meaning for registrations on the Supplemental Register, Ms. Salinas asked for support, and I provided the case cited at paragraph 11 of the Salinas Decl.

5. During the call, I also suggested that if her client would like more time to consider our positions, we would be agreeable to a further short extension of time for Defendants to answer or otherwise plead.

6. At the close of the call, Ms. Salinas said she would review the issues we discussed and consult with her client about its willingness to amend its pleadings.

7. Two days later, on Thursday, July 27, 2017, a day before Defendants' answer or responsive pleading was due, I sent Ms. Salinas an email asking whether her client was willing to amend its pleadings or whether it would consider a one-week extension to our clients' pleading deadline. She responded, "Sugarfina will not be amending its complaint." Attached hereto as **Exhibit 1** is a true and correct copy of the email exchange between Ms. Salinas and me, dated July 27, 2017.

### *Service on the Individual Defendants*

8. Because the process server delivered all the subpoenas together on Peter Behringer, he was unaware that he and Allison Behringer had been served as individuals in addition to as representatives of the LLC defendants.

9. Based on a review of the Court's record of filings on or around June 27, 2017, I understood that only the LLC defendants had been served.

10. On July 7, 2017, unaware that Plaintiff also claimed to have served the Individual Defendants, I called Ms. Salinas to discuss a stipulated extension of time to answer or otherwise plead.

11. During that call, Ms. Salinas did not disclose the fact that Plaintiff had served Peter and Allison Behringer as individuals.

12. In a voice mail on July 10, 2017, Ms. Salinas confirmed Plaintiff's agreement to the stipulated extension, again without mentioning that Peter and Allison Behringer had in fact been served as individuals.

13. Ms. Salinas reviewed the Stipulation with respect to the LLC defendants filed on July 13, 2017, yet again without informing me that Peter and Allison Behringer had also been served as individuals.

14. When, in preparing to file the Motion to Dismiss, I became aware that Peter and Allison Behringer indeed had been served as individuals, I informed Ms. Salinas that the Motion would be filed on behalf of all defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of August 2017 at Chicago, Illinois.

/s/Michael G. Kelber
Michael G. Kelber

9175231.1/48546-00001

Mitchell Silberberg & Knupp LLP

9060121.1

3

# EXHIBIT 1

**Fraker, Andrew S.**

| | |
|---|---|
| **From:** | Salinas, Jennifer Trusso [Jennifer.Salinas@troutmansanders.com] |
| **Sent:** | Thursday, July 27, 2017 3:59 PM |
| **To:** | Kelber, Michael G. |
| **Cc:** | Hudak, Vanessa; Fraker, Andrew S.; Hudak, Vanessa; Pagnanelli, Karin; De La Cruz, Andre; Kim, Jenny |
| **Subject:** | RE: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond |

Michael,

Sugarfina will not be amending its complaint.

Best,

Jennifer

### Jennifer Trusso Salinas
TROUTMAN SANDERS
Direct: 949.622.2711
jennifer.salinas@troutmansanders.com

---

**From:** Kelber, Michael G. [mailto:mkelber@nge.com]
**Sent:** Thursday, July 27, 2017 12:29 PM
**To:** Salinas, Jennifer Trusso
**Cc:** Hudak, Vanessa; Fraker, Andrew S.; Hudak, Vanessa; Pagnanelli, Karin
**Subject:** RE: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Jennifer,

When we spoke on Tuesday, you said you would consult with your client about amending its Complaint. If you are still considering this, will Sugarfina consent to a further one-week extension of time for our clients to answer or otherwise plead?

Please let us know today, so we can proceed accordingly.

Regards,
Michael

**Michael G. Kelber**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.5322 | **f:** 312.429.3580 | **e:** mkelber@nge.com



Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Salinas, Jennifer Trusso [mailto:Jennifer.Salinas@troutmansanders.com]
**Sent:** Tuesday, July 25, 2017 6:02 PM
**To:** Kelber, Michael G.
**Cc:** Hudak, Vanessa; Fraker, Andrew S.; Hudak, Vanessa
**Subject:** RE: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Michael,

Per our discussion, here is the hyperlink to the blog post.  https://www.sweetpetescandy.com/blogs/news/sugarfina-files-bogus-lawsuit-against-sweet-petes-1

Best,

Jennifer


### Jennifer Trusso Salinas
TROUTMAN SANDERS
Direct: 949.622.2711
jennifer.salinas@troutmansanders.com



**From:** Kelber, Michael G. [mailto:mkelber@nge.com]
**Sent:** Thursday, July 13, 2017 7:44 AM
**To:** Salinas, Jennifer Trusso
**Cc:** Hudak, Vanessa; Fraker, Andrew S.
**Subject:** RE: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Jennifer,

Thank you.  Yes, Karin is our local counsel.

Regards,
Michael

**Michael G. Kelber**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.5322 | **f:** 312.429.3580 | **e:** mkelber@nge.com



Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Salinas, Jennifer Trusso [mailto:Jennifer.Salinas@troutmansanders.com]
**Sent:** Thursday, July 13, 2017 9:20 AM
**To:** Kelber, Michael G.
**Cc:** Hudak, Vanessa; Fraker, Andrew S.
**Subject:** Re: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond

Michael,

That's fine.  Is Karen your local counsel?  Just want to make sure we have all counsel's contact information.  Thanks!

Best,
Jennifer


### Jennifer Trusso Salinas
TROUTMAN SANDERS
Direct: 949.622.2711
jennifer.salinas@troutmansanders.com


On Jul 13, 2017, at 10:00 AM, Kelber, Michael G. <mkelber@nge.com> wrote:

> Jennifer and Vanessa,
>
> Attached is a modified stipulation on behalf of both defendant LLCs who were served, correcting the service dates and making both parties' responsive pleadings due on the 28th.
>
> Please let me know if you approve it for filing today.
>
> Thank you,
> Michael
>
> **Michael G. Kelber**
> Partner
> Neal, Gerber & Eisenberg LLP
> **p:** 312.269.5322 | **f:** 312.429.3580 | **e:** mkelber@nge.com
>
> <image001.png>
>
> Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.
>
> ---
>
> **From:** Salinas, Jennifer Trusso [mailto:Jennifer.Salinas@troutmansanders.com]
> **Sent:** Wednesday, July 12, 2017 3:49 PM
> **To:** Kelber, Michael G.
> **Cc:** Pagnanelli, Karin; Donmoyer, Sunni; Fraker, Andrew S.; Hudak, Vanessa
> **Subject:** Re: Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond
>
> Michael,
>
> This is fine.  You can denote my signature with a /s/.  I would do it but I'm on a plane with terrible wifi service.  It would take a long time to send the document.
>
> Also, please copy my assistant on correspondence so I can make sure nothing slips through the cracks.  She is copied on this email.
>
> Best,

Jennifer

**Jennifer Trusso Salinas**
TROUTMAN SANDERS
Direct: 949.622.2711
jennifer.salinas@troutmansanders.com

On Jul 12, 2017, at 1:43 PM, Kelber, Michael G. <mkelber@nge.com> wrote:

> Dear Jennifer,
>
> Thank you for your voicemail message and agreement for a two-week extension for our client to answer or otherwise plead.
>
> As you suggested in your message, since you are traveling, attached is a draft stipulation for your review.
>
> If it is acceptable to you, please denote your signature with /s/, and return it to us for filing.
>
> Thank you,
> Michael
>
> **Michael G. Kelber**
> Partner
> Neal, Gerber & Eisenberg LLP
> **p:** 312.269.5322 | **f:** 312.429.3580 | **e:** mkelber@nge.com
>
> <image002.png>
>
> Confidentiality Notice: This communication is confidential and may contain privileged information. If you have recei error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or fu transmitting the same.
>
> ---
>
> **From:** Donmoyer, Sunni [mailto:SGD@msk.com]
> **Sent:** Wednesday, July 12, 2017 2:35 PM
> **To:** Kelber, Michael G.
> **Cc:** Fraker, Andrew S.; Gerber, Robert G.; Pagnanelli, Karin
> **Subject:** Sweet Pete's adv. Sugarfina: Stipulation to Extend Time to Respond
>
> **<image001.gif>**
> **Sunni Donmoyer | Secretary**
> T: 310.914.7978 | sgd@msk.com
> **Mitchell Silberberg & Knupp LLP | www.msk.com**
> 11377 W. Olympic Blvd., Los Angeles, CA 90064
>
> THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY

PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

<Sweet Pete's Stipulation to Extend Time to Respond (9079179).DOCX>

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

<Sweet Pete's Stipulation to Extend Time to Respond (9079179).docx>

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.