# EXHIBIT 1



# United States of America
### United States Patent and Trademark Office

# sugarfina

**Reg. No. 4,677,276**

**Registered Jan. 27, 2015**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUGARFINA, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1611 OLD OAK ROAD
LOS ANGELES, CA 90049

FOR: CANDIES; CANDY; CANDY FOR FOOD; CANDY WITH CARAMEL; CHOCOLATE CANDIES; CHOCOLATE CONFECTIONS; CHOCOLATE COVERED FRUIT; CHOCOLATE COVERED NUTS; CHOCOLATES AND CHOCOLATE BASED READY TO EAT CANDIES AND SNACKS; GUMMY CANDIES; SUGARLESS CANDIES; SWEETS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-949,501, FILED 6-3-2013.

MATTHEW GALAN, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 2



# United States of America

### United States Patent and Trademark Office

# CUBA LIBRE

**Reg. No. 4,943,322**

**Registered Apr. 19, 2016**

**Int. Cl.: 30**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

SUGARFINA, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3915 W. 102ND STREET
INGLEWOOD, CA 90303

FOR: CANDIES; SWEETS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-725,286, FILED P.R. 8-14-2015; AM. S.R. 2-23-2016.

TINA L. SNAPP, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 3



# United States of America
## United States Patent and Trademark Office

# PEACH BELLINI

**Reg. No. 4,981,752**

**Registered June 21, 2016**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUGARFINA, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3915 W. 102ND STREET
INGLEWOOD, CA 90303

FOR: CANDIES; SWEETS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-3-2013; IN COMMERCE 12-3-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PEACH", APART FROM THE
MARK AS SHOWN.

SER. NO. 86-725,338, FILED 8-14-2015.

TINA L. SNAPP, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# EXHIBIT 4



# United States of America
## United States Patent and Trademark Office

# CANDY BENTO BOX

**Reg. No. 4,838,646**

**Registered Oct. 20, 2015**

**Int. Cl.: 30**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

SUGARFINA, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3915 W. 102ND STREET
INGLEWOOD, CA 90303

FOR: CANDIES; CANDY; CANDY FOR FOOD; CANDY WITH CARAMEL; CHOCOLATE CANDIES; CHOCOLATE CONFECTIONS; CHOCOLATE COVERED FRUIT; CHOCOLATE COVERED NUTS; CHOCOLATES AND CHOCOLATE BASED READY TO EAT CANDIES AND SNACKS; GUMMY CANDIES; SWEETS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 11-23-2013; IN COMMERCE 11-23-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CANDY", APART FROM THE MARK AS SHOWN.

SER. NO. 86-504,549, FILED P.R. 1-15-2015; AM. S.R. 9-15-2015.

DOMINICK J. SALEMI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

<div style="border:1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 5

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87264489**
**Filing Date: 12/11/2016**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87264489 |
| **MARK INFORMATION** | |
| *MARK | CANDY CUBE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | CANDY CUBE |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Sugarfina, LLC |
| *STREET | 3915 W. 102nd Street |
| *CITY | Inglewood |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 90303 |
| WEBSITE ADDRESS | www.sugarfina.com |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | |
| *IDENTIFICATION | Candy; chocolates |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Paul Chancellor |
| ATTORNEY DOCKET NUMBER | OTM-16005 |
| FIRM NAME | Ocean Law |
| STREET | 3463 Red Bluff Court |

| | |
|---|---|
| **CITY** | Simi Valley |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 93063 |
| **PHONE** | 805.368.4586 |
| **FAX** | 805.299.4919 |
| **EMAIL ADDRESS** | pdc@oceanlawgroup.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Paul Chancellor |
| **FIRM NAME** | Ocean Law |
| **STREET** | 3463 Red Bluff Court |
| **CITY** | Simi Valley |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 93063 |
| **PHONE** | 805.368.4586 |
| **FAX** | 805.299.4919 |
| **\*EMAIL ADDRESS** | pdc@oceanlawgroup.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| **\*TOTAL FEE DUE** | 275 |
| **\*TOTAL FEE PAID** | 275 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /paul d. chancellor/ |
| **SIGNATORY'S NAME** | Paul D. Chancellor |
| **SIGNATORY'S POSITION** | Attorney of Record, CA bar member |
| **SIGNATORY'S PHONE NUMBER** | 805.368.4586 |
| **DATE SIGNED** | 12/11/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87264489**
**Filing Date: 12/11/2016**

## To the Commissioner for Trademarks:

**MARK:** CANDY CUBE (Standard Characters, see mark)
The literal element of the mark consists of CANDY CUBE.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Sugarfina, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
3915 W. 102nd Street
Inglewood, California 90303
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class _____: Candy; chocolates
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

For informational purposes only, applicant's website address is: www.sugarfina.com

The applicant's current Attorney Information:
Paul Chancellor of Ocean Law     3463 Red Bluff Court
Simi Valley, California 93063
United States
805.368.4586(phone)
805.299.4919(fax)
pdc@oceanlawgroup.com (authorized)
The attorney docket/reference number is OTM-16005.
The applicant's current Correspondence Information:
Paul Chancellor
Ocean Law
3463 Red Bluff Court
Simi Valley, California 93063
805.368.4586(phone)
805.299.4919(fax)
pdc@oceanlawgroup.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a

bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /paul d. chancellor/   Date: 12/11/2016
Signatory's Name: Paul D. Chancellor
Signatory's Position: Attorney of Record, CA bar member
RAM Sale Number: 87264489
RAM Accounting Date: 12/12/2016

Serial Number: 87264489
Internet Transmission Date: Sun Dec 11 10:08:12 EST 2016
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.X-20161211100812573
551-87264489-5707017e2f0d71eaa62f194f6c3
93fac71acc0783e5bfa195c287aa73a5425bebe-
CC-7401-20161211095421160871

# CANDY CUBE

# EXHIBIT 6

US00D755641S

(12) **United States Design Patent**
    O'Neill

(10) Patent No.: **US D755,641 S**
(45) Date of Patent: ** **May 10, 2016**

(54) **PACKAGING**

(71) Applicant: **Rosie Colleen O'Neill**, Los Angeles, CA (US)

(72) Inventor: **Rosie Colleen O'Neill**, Los Angeles, CA (US)

(73) Assignee: **Sugarfina, LLC**, Inglewood, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/499,564**

(22) Filed: **Aug. 15, 2014**

(51) **LOC (10) Cl.** .................................................. **09-03**

(52) **U.S. Cl.**
     USPC ......................................................... **D9/721**

(58) **Field of Classification Search**
     USPC .......... D9/414, 415, 420, 426, 432, 433, 715,
                D9/721, 737, 756, 759, 761; D3/201, 205,
                D3/206, 273, 274, 283, 298, 290; 206/214,
                206/215, 224, 318, 424, 425, 515, 518, 525,
                206/575, 751–756, 758, 763, 765; 229/103,
                229/116.1, 120.02, 120.06, 120.07, 120.33,
                229/124, 125.01, 125.08, 125.125
     CPC .... B65D 21/0233; B65D 5/68; B65D 5/6697;
                B65D 5/0245; B65D 5/5021; B65D 5/5213;
                B65D 5/42; B65D 5/2057; B65D 5/72;
                B65D 5/566; B65D 5/643; B65D 5/50;
                B65D 5/48; B65D 5/66; B65D 1/36; B65D
                85/00; B65D 85/324; B65D 85/60; B65D
                2543/00194; B65D 2543/00648; B65D 71/70;
                B65D 77/02; B65D 77/0433; B65D 77/24
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,126,093 | A | * | 3/1964 | Bradley et al. | 206/752 |
| D292,876 | S | * | 11/1987 | Grunhut | D9/721 |
| D292,877 | S | * | 11/1987 | Grunhut | D9/721 |
| D335,819 | S | * | 5/1993 | Campbell | D9/721 |
| 6,533,166 | B1 | * | 3/2003 | Kaiss | 232/1 D |
| D511,681 | S | * | 11/2005 | Cogley et al. | D9/416 |
| D643,306 | S | * | 8/2011 | Martinez et al. | D9/721 |
| D669,352 | S | * | 10/2012 | Paslawski | D9/423 |
| D682,119 | S | * | 5/2013 | Buford | D9/721 |
| D687,321 | S | * | 8/2013 | Pralus | D9/759 |

* cited by examiner

*Primary Examiner* — Derrick Holland
*Assistant Examiner* — Lauren Calve
(74) *Attorney, Agent, or Firm* — Paul D. Chancellor; Ocean Law

(57) **CLAIM**

The ornamental design for a packaging, as shown and described.

**DESCRIPTION**

FIG. **1** is an exploded perspective view of a packaging showing my new design;
FIG. **2** is a perspective view thereof, shown without the insert and packaging tray for clarity of illustration;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is top view thereof; and,
FIG. **6** is a side view thereof.
The broken lines shown represent unclaimed subject matter and form no part of the claimed design. The shade lines shown represent surface shading and not surface ornamentation.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**          May 10, 2016          Sheet 1 of 4          US D755,641 S



*FIG. 1*



FIG. 2

U.S. Patent          May 10, 2016          Sheet 3 of 4          US D755,641 S



FIG. 4



FIG. 3



*FIG. 5*



*FIG. 6*

# EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-963-482
**Effective Date of Registration:**
August 08, 2014

## Title
_____

**Title of Work:** Sugarfina Bento Box Open View 1

## Completion/Publication
_____

**Year of Completion:** 2013
**Date of 1st Publication:** November 22, 2013
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Rosie Colleen O'Neill
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1979

## Copyright Claimant
_____

**Copyright Claimant:** SUGARFINA, LLC
1611 Old Oak Road, Los Angeles, CA, 90049, United States
**Transfer statement:** By written agreement

## Rights and Permissions
_____

**Organization Name:** Ocean Law
**Name:** Paul D. Chancellor
**Email:** pdc@oceanlawgroup.com
**Telephone:** (805)368-4586
**Address:** 3463 Red Bluff Court
Simi Valley, CA 93063 United States

## Certification
_____

**Name:** Paul D. Chancellor
**Date:** August 08, 2014

Page 1 of 2

**Registration #:**  VA0001963482
**Service Request #:**  1-1652095068

Ocean Law
Paul D. Chancellor
3463 Red Bluff Court
Simi Valley, CA 93063 United States











# EXHIBIT 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-963-483

**Effective Date of Registration:**
August 08, 2014

## Title _____

**Title of Work:** Sugarfina Slider Box Open

## Completion/Publication _____

**Year of Completion:** 2013
**Date of 1st Publication:** November 22, 2013
**Nation of 1ˢᵗ Publication:** United States

## Author _____

- **Author:** Rosie Colleen O'Neill
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1979

## Copyright Claimant _____

**Copyright Claimant:** SUGARFINA, LLC
1611 Old Oak Road, Los Angeles, CA, 90049, United States
**Transfer statement:** By written agreement

## Rights and Permissions _____

**Organization Name:** Ocean Law
**Name:** Paul D. Chancellor
**Email:** pdc@oceanlawgroup.com
**Telephone:** (805)368-4586
**Address:** 3463 Red Bluff Court
Simi Valley, CA 93063 United States

## Certification _____

**Name:** Paul D. Chancellor
**Date:** August 08, 2014
**Applicant's Tracking Number:** OCR-14040

Page 1 of 2

**Registration #:**   VA0001963483
**Service Request #:**   1-1652095108

Ocean Law
Paul D. Chancellor
3463 Red Bluff Court
Simi Valley, CA 93063 United States







# EXHIBIT 9

## SWEET PETE'S
## ACCUSED PRODUCTS

1. **Candy Bento Boxes**









8 Piece Valentine's Bento



Sweet Pete's Candy
Like This Page · June 13, 2016 ·

Create the ultimate candy collection for Dad this week! Get 25% OFF any 3 piece or 9 piece mix and match candy bento box in any of our stores (Jacksonville, FL - Lake Forest, IL and Key West,FL).

2.  **<u>Cuba Libre Cocktail</u>**



3.  **<u>Ooh So Organic Peach Bellini</u>**



4.  **Candy Cube**





5. __Candy Concierge__





6. __Various Products Using Sugarfina's Trade Dress__





2016 VALENTINE'S DAY





