KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

MICHAEL G. KELBER (*pro hac vice*)
  mkelber@ngelaw.com
ANDREW S. FRAKER (*pro hac vice*)
  mturner@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-381
Telephone:  (312) 269-8000

Attorneys for Defendants
SWEET PETE'S LLC, MARCUS LEMONIS, ML SWEETS, LLC, PETER BEHRINGER, ALLISON BEHRINGER, ML BUENA PARK, LLC, and ML FOOD GROUP, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGARFINA, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SWEET PETE'S LLC, a Florida limited liability company; MARCUS LEMONIS, an individual; ML SWEETS, LLC, a Delaware limited liability company; PETER BEHRINGER, an individual; ALLISON BEHRINGER, an individual; ML BUENA PARK, LLC, a Delaware limited liability company; and ML FOOD GROUP, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 2:17-cv-4456-RSWL-JEM<br><br>Honorable Ronald S.W. Lew<br><br>**SUPPLEMENTAL CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Local Rule 7.1-1; Fed. R. Civ. Pro. 7.1] |

9437195.1

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for all defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Marcus Lemonis, LLC
2. Peter Behringer
3. Allison Behringer
4. Marcus Lemonis
5. ML Sweets, LLC
6. ML Buena Park, LLC
7. ML Food Group, LLC

DATED: October 30, 2017

KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP

MICHAEL G. KELBER
ANDREW S. FRAKER
NEAL, GERBER & EISENBERG LLP

By: /s/ Karin G. Pagnanelli
Karin G. Pagnanelli
Attorneys for Defendants
SWEET PETE'S LLC, MARCUS LEMONIS, ML SWEETS, LLC, PETER BEHRINGER, ALLISON BEHRINGER, ML BUENA PARK, LLC, and ML FOOD GROUP, LLC

1

9437195.1