TROUTMAN SANDERS LLP
Jennifer Trusso Salinas, Bar No. 198579
jennifer.salinas@troutmansanders.com
Andre De La Cruz, Bar No. 245175
andre.delacruz@troutmansanders.com
Jenny Kim, Bar No. 282562
jenny.kim@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Plaintiff
SUGARFINA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGARFINA, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>SWEET PETE'S, LLC, a Florida limited liability company; MARCUS LEMONIS, an individual; ML SWEETS, LLC, a Delaware limited liability company; PETER BEHRINGER, an individual; ALLISON BEHRINGER, an individual; ML BUENA PARK, LLC, a Delaware limited liability company; and ML FOOD GROUP, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 2:17-cv-4456 RSWL (JEMx)<br><br>Hon. Ronald S.W. Lew<br><br>**PLAINTIFF SUGARFINA, INC.'S NOTICE OF RELATED CASES** |

33090525v1

- 1 -

SUGARFINA, INC.'S NOTICE OF RELATED CASES

1  Pursuant to Local Rule 83-1.3.1, Plaintiff Sugarfina, Inc. ("Sugarfina")
2  hereby submits that the above-captioned case is related to another civil action
3  pending in this Court, Case No. 2:17-cv-07950, *Sugarfina Inc. v. Sweitzer LLC et
4  al.*, because both cases (a) call for determination of the same or substantially related
5  or similar questions of law and fact; and (b) for other reasons that would entail
6  substantial duplication of labor if heard by different judges. Sugarfina has filed a
7  Notice of Related Case identifying this action in the Case No. 2:17-cv-07950.

8  Both cases involve the infringement of U.S. Design Patent No. D755,641,
9  U.S. Copyright Reg. No. VA0001963483, U.S. Copyright Reg. No.
10 VA0001963482, Sugarfina's trade dress, and various registered and common law
11 trademarks owned by Sugarfina, including CANDY BENTO BOX® (Reg. No.
12 4,838,646) and CANDY CUBE™. In both cases, the defendants' accused products
13 are substantially similar to Sugarfina's products and to each other's products. For
14 example, both sets of defendants infringe Sugarfina's intellectual property by, *inter*
15 *alia*, packaging candy products in transparent cubes that may be arranged in
16 "bento" boxes with cells spaced apart and nested within a rectangular box with
17 high, straight walls, having a top. In addition, by referring to these packaging
18 features as "Candy Bento Box" and/or "Candy Cube," both sets of defendants
19 infringe Sugarfina's trademark rights.

20 Both cases thus entail substantial overlap with respect to several issues,
21 including questions of law and fact regarding infringement and validity of
22 Sugarfina's asserted intellectual property. As a result, there would be substantial
23 duplication of labor if the two cases were heard by different judges.

| | | |
|---|---|---|
| 1 | Dated: November 1, 2017 | Respectfully submitted, |
| 2 | | TROUTMAN SANDERS LLP |
| 4 | | By: */s/ Jennifer Trusso Salinas* |
| | | Jennifer T. Salinas |
| | | Andre De La Cruz |
| 5 | | Jenny Kim |
| 6 | | Attorneys for Plaintiff |
| | | SUGARFINA, INC. |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

33090525v1

- 3 -

SUGARFINA, INC.'S NOTICE OF RELATED CASES