TROUTMAN SANDERS LLP
Oscar A. Figueroa (SBN 313238)
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

John Bowler (admitted pro hac vice)
john.bowler@troutman.com
Michael D. Hobbs, Jr. (admitted pro hac vice)
michael.hobbs@troutman.com
Austin Padgett (SBN 296309)
austin.padgett@troutman.com

600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2231
Telephone: 404.885.3000
Facsimile:  404.885.3900

Attorneys for Plaintiff and Counterclaim
Defendant, SUGARFINA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGARFINA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWEET PETE'S LLC, a Florida limited liability company; MARCUS LEMONIS, an individual; ML SWEETS, LLC, a Delaware limited liability company; PETER BEHRINGER, an individual; ALLISON BEHRINGER, an individual; ML BUENA PARK, LLC, a Delaware limited liability company; and ML FOOD GROUP, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:17-cv-4456 RSWL (JEMx)<br><br>**STIPULATION OF DISMISSAL OF ACTION AGAINST DEFENDANTS MARCUS LEMONIS; ML SWEETS, LLC; PETER BEHRINGER; ALLISON BEHRINGER; ML BUENA PARK, LLC; and ML FOOD GROUP, LLC**<br><br>Judge:   Hon. Ronald S.W. Lew<br><br>Complaint Filed: October 16, 2017<br>Trial Date:      June 18, 2019 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, with the stipulation of Defendants, hereby dismisses with prejudice all claims of this action with respect to Defendants Marcus Lemonis; ML Sweets, LLC; Peter Behringer; Allison Behringer; ML Buena Park, LLC; and ML Food Group, LLC, subject to the terms of the parties' separate Settlement Agreement. Each party shall bear its own costs and attorneys' fees.

**PRESENTED AND STIPULATED TO BY:**

_____
John Bowler
Michael D. Hobbs
Austin Padgett
Oscar A. Figueroa
TROUTMAN SANDERS LLP

Attorneys for Plaintiff and
Counterclaim Defendant,
SUGARFINA, INC.

_____
Michael G. Kelber
Andrew S. Fraker
NEAL, GERBER & EISENBERG LLP

and

Karin G. Pagnanelli
MITCHELL SILBERBERG & KNUPP LLP

Attorneys for Defendants
MARCUS LEMONIS, ML SWEETS, LLC, PETER BEHRINGER, ALLISON BEHRINGER, ML Buena Park, LLC, and ML Food Group, LLC and Defendant and Counterclaimant SWEET PETE'S LLC

28963605.4

- 1 -